[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Baber*, Slip Opinion No. 2021-Ohio-4121.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2021-OHIO-4121

THE STATE OF OHIO, APPELLEE, *v.* BABER, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Baber*, Slip Opinion No. 2021-Ohio-4121.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2021-0758—Submitted November 10, 2021—Decided November 24, 2021.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-190338, 2021-Ohio-1506.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and KENNEDY, FISCHER, DONNELLY, STEWART, and BRUNNER, JJ., concur.

DEWINE, J., not participating.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Mary Stier, Assistant Prosecuting Attorney, for appellee.

Raymond T. Faller, Hamilton County Public Defender, and Sarah E. Nelson, Assistant Public Defender, for appellant, Deonte Baber.

_____